# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | IMCD Group | 1/6/2023 | Wire | $ 53,672.00 |
| Akorn Operating Company, LLC | IMCD Group | 1/13/2023 | Wire | $ 14,581.46 |
| | | | | $ 68,253.46 |